# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DRESHON R. TIGER<br>[DOB: 07/24/1995] | **COUNT ONE**:<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment (Each Count) |

## CRIMINAL COMPLAINT

**Case Number: 25-MJ-00085-LMC**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
*(Felon in Possession of a Firearm)*

On or about June 19, 2025, in the Western District of Missouri, the defendant, DRESHON R. TIGER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Kel Tec, model PLR-16, 5.56mm pistol, serial number PDG67, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Detective with the Kansas City, Missouri Police Department, and that this complaint is based on the following facts:

(See attached Affidavit)

_____
Jeremy Gragg
Detective
Kansas City, Missouri Police Department

Sworn and subscribed to me by telephone,

| | | |
|---|---|---|
| June 20, 2025  *Sworn to by telephone 11:35 AM, Jun 20, 2025* | at | Kansas City, Missouri |
| Date | | City and State |

HONORABLE LAJUANA M. COUNTS
United States Magistrate Judge
Name and Title of Judicial Officer

*LaJuana M. Counts*
Signature of Judicial Officer

